# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 3, 2022

Lyle W. Cayce
Clerk

No. 21-10569
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Juan Pablo Quezada,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-655

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Juan Pablo Quezada, federal prisoner # 44924-380, pleaded guilty to conspiracy to possess with intent to distribute at least 50 grams of methamphetamine and was sentenced 480 months in prison. *United States v. Quezada*, 839 F. App'x 913, 914 (5th Cir. 2021). Quezada filed a motion to

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10569

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Quezada filed a motion to compel discovery in the § 2255 proceeding. The district court denied the motion, and Quezada now appeals. The Government moves to dismiss the appeal for lack of jurisdiction and, alternatively, moves for an extension of time to file a brief.

We have jurisdiction over final decisions and other decisions covered by the collateral order doctrine. *See* 28 U.S.C. §§ 1291, 1292; *Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 103, 106, 116 (2009). In this case, no final judgment has been entered and there are no immediately appealable orders. Accordingly, we lack jurisdiction over this appeal. The motion to dismiss for lack of jurisdiction is GRANTED. The alternative motion for an extension of time to file a brief is DENIED AS UNNECESSARY. The appeal is DISMISSED for lack of jurisdiction.